UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In Re: | Chapter 15 |
| MIRROR TRADING INTERNATIONAL (PYT) LTD, | Case No: 24-01084-PDR |
| Debtor in a Foreign Proceeding _____/ | |
| CHAVONNES BADENHORST ST CLAIR COOPER, in her capacity as the Foreign Representative of Mirror Trading International (PTY) Ltd, | |
|     Plaintiff, Vs. | |
| STEVEN GILMOUR, | |
|     Defendant. _____/ | |

**DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO ADVERSARY COMPLAINT**

Defendant, Steven Gilmour ("Defendant"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6, hereby submits this Unopposed Motion for Enlargement of Time to Respond to Plaintiff Chavonnes Badenhorst St. Clair Cooper's (the "Plaintiff") Adversary Complaint for Avoidance and Recovery of Transfers Pursuant to South African Law (the "Motion"), and in support of the request states as follows:

1. Plaintiff filed its Adversary Complaint for Avoidance and Recovery of Transfers Pursuant to South African Law (the "Adversary Complaint") on March 16, 2024.

2. Defendant was served with the Adversary Company by mail on March 20, 2024.

3. Defendant's response to the Adversary Complaint is due on or before April 17, 2024.

4. The undersigned has been working diligently to review the file and prepare Defendant's response to the Adversary Complaint. However, the undersigned commenced a trial on April 16, 2024 and, therefore, requires a twenty-day enlargement of time, through May 7, 2024, to file Defendant's response to the Adversary Complaint.

5. This Motion is brought in good faith and is not being made for purposes of delay or any other improper or dilatory purpose.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the relief requested in this Motion for Enlargement of Time and Plaintiff's counsel stated that Plaintiff has no objection to the Motion and the relief requested herein.

WHEREFORE, Defendant, Steven Gilmour respectfully requests that this Court enter an Order (a) granting an enlargement of time, up to and including May 7, 2024, for Defendant to file his response to Plaintiff Chavonnes Badenhorst St. Clair Cooper's Adversary Complaint for Avoidance and Recovery of Transfers Pursuant to South African Law, and (b) granting such other and further relief as this Court deems just and proper.

Date: April 19, 2024                    Respectfully submitted,

                                        **BRITO, PLLC**
                                        *Counsel for Defendant*
                                        2121 Ponce de Leon Boulevard
                                        Suite 650
                                        Coral Gables, FL 33134
                                        Office:  305-614-4071
                                        Fax:  305-440-4385

                               By: */s/ Alejandro Brito*
                                        **ALEJANDRO BRITO**
                                        Florida Bar No. 098442
                                        Primary: abrito@britopllc.com
                                        Secondary: apiriou@britopllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the Florida Courts E-filing Portal upon all counsel of record on this 19th day of April, 2024:

SEQUOR LAW, P.A.
Gregory S. Grossman, Esq.
Maria Jose Cortesi, Esq.
1111 Brickell Avenue
Suite 1250
Miami, FL 33131
ggrossman@sequorlaw.com
mcortesi@sequorlaw.com

REDMOND LAW FIRM, LLC
Christopher J. Redmond, Esq.
13220 Metcalf
Suite 310
Overland Park, KS 66213
Christopher.Redmond@christoperredmondlawfirm.com
*Counsel for Plaintiff*

By: /s/ *Alejandro Brito*